Pryor & Mandelup, L.L.P.
Attorneys for Robert L. Pryor, Trustee
675 Old Country Road
Westbury, New York  11590
A. Scott Mandelup, Esq.
(516) 997-0999
asm@pryormandelup.com

Hearing Date: March 3, 2015
Hearing Time: 9:30 a.m.
Objection Date: February 24, 2015
Objection Time: 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                      Chapter 7

BEHNAM CARMILI and                                      Case No. 8-14-70149-ast
TANIA CARMILI,

                             Debtors.                     **NOTICE OF MOTION**
-----------------------------------------------------------x

**PLEASE TAKE NOTICE**, that on the 3rd day of March, 2014 at 9:30 a.m. ("Hearing Date") or as soon thereafter as counsel may be heard, a hearing will be held before the Hon. Alan S. Trust, United States Bankruptcy Judge, United States Bankruptcy Court, 290 Federal Plaza, Room 760, Central Islip, New York 11722-9013, on the motion, dated February 2, 2015 (the "Motion") of Robert L. Pryor, Esq. ("Trustee"), the Chapter 7 trustee of the bankruptcy estate  ("Estate") of Behnam Carmili and Tania Carmili ("Debtors"), by his attorneys, Pryor & Mandelup, L.L.P., for an Order of the Court: (i) pursuant to 11 U.S.C. § 363(b), authorizing the Trustee to sell, pursuant to the Terms and Conditions of Sale annexed to the Motion, all of Debtors' right, title, and interest in their respective ownership interests in O2 Electronics, Inc., My Favorite Caterers Inc., and Kims Solutions LLC, to James Anthony Holdings, Inc. for the sum of $50,000, subject to higher and better offers; (ii) approving the sale to the highest and best offeror; and (iii) for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that a copy of the Motion is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business hours at the Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, or may be obtained by contacting the undersigned attorneys for the Trustee.

**PLEASE TAKE FURTHER NOTICE,** that Objections to the Trustee's Motion shall be filed as follows: (a) (i) through the Bankruptcy Courts electronic filing system (in accordance with General Order M0182), which may be accessed through the Internet at the Bankruptcy Court's website: [www.nyeb.uscourts.gov,](www.nyeb.uscourts.gov) using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASCII) format.  An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph.  A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be served upon the Trustee's counsel, Pryor & Mandelup, L.L.P., 675 Old Country Road, Westbury, New

York 11590, Attn. A. Scott Mandelup, Esq., and filed with the Clerk of the Bankruptcy Court, so as to be received on or before 4:00 p.m. on February 24, 2015 ("Objection Date").

Dated: Westbury, New York
       February 3, 2015

                           PRYOR & MANDELUP, L.L.P.
                           Attorneys for Robert L. Pryor, Trustee
               By:    *s/ A. Scott Mandelup*
                           A. Scott Mandelup
                           675 Old Country Road
                           Westbury, New York 11590
                           516-997-0999
                           asm@pryormandelup.com

TO:
    Debtors
    Debtors' Counsel
    Office of the United States Trustee
    All Creditors
    All Parties filing Notices of Appearance
    Attorney for Offeror